**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 214 MAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
LEVAR LEE SPENCE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.  The "Demand for a Speedy Disposition" is **DISMISSED** as moot.